UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD DEMETRIUS RAMSEY,**<br><br>Petitioner,<br><br>v.<br><br>DEBBIE ASUNCION, Warden,<br><br>Respondent. | **NO. LA CV 16-04478-VBF (AGR)**<br><br>**ORDER**<br><br>Overruling Petitioner's Objections;<br>Adopting Report & Recommendation;<br><br>**Denying Habeas Corpus Petition;**<br>Directing Separate Ruling on COA;<br>Directing Entry of Separate Judgment<br><br>Terminating and Closing Case **(JS-6)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the United States Magistrate Judge's Report and Recommendation ("R&R"), petitioner Ramsey's timely written objections to the R&R, and the applicable law. The Court agrees with the recommendation of the Magistrate Judge. Accordingly:

Petitioner's objections are **OVERRULED.**

The Report and Recommendation is **ADOPTED.**

The habeas petition is **DENIED** for failure to state a cognizable federal habeas claim.

1     The Court will rule on a certificate of appealability by separate order.

3     Final judgment will be entered consistent with this Order and with the R&R. As required
4 by Fed. R. Civ. P. 58(a), the judgment will issue as a separate document.

6     This case shall be **TERMINATED AND CLOSED (JS-6)**.

9 Dated:   Monday,
10          November 4, 2016

*[signature: Valerie Baker Fairbank]*

                      VALERIE BAKER FAIRBANK
                      Senior United States District Judge