UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD DEMETRIUS RAMSEY,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DEBBIE ASUNCION, Warden, )<br>)<br>Respondent. )<br>_____ ) | NO. LA CV 16-04478-VBF (AGR)<br><br>**FINAL JUDGMENT** |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections to the United States Magistrate Judge's Report and Recommendation ("R&R"), Adopting the R&R, Denying the Habeas Corpus Petition, Directing a Separate Ruling on a Certificate of Appealability, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Ronald Demetrius Ramsey.**

Dated: Monday, November 14, 2016

_Valerie Baker Fairbank_
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge